**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-01959-CAD |
| | § | |
| NABEEL D. ALDEIR | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/30/2008. The undersigned trustee was appointed on 01/30/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                   $65,955.92

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $39,247.05 |
| Bank service fees | $1,041.77 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $115.16 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $25,551.94 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/31/2008 and the deadline for filing government claims was 07/31/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,547.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,547.80, for a total compensation of $6,547.80$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $86.45, for total expenses of $86.45.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2012                    By:   /s/ David P. Leibowitz
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Date Filed (f) or Converted (c): | 01/30/2008 (f) |
| For the Period Ending: | 8/14/2012 | §341(a) Meeting Date: | 02/26/2008 |
| | | Claims Bar Date: | 07/31/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  single family brick 8921 Chestnut Drive, Tinley | $345,000.00 | $70,000.00 | DA | $0.00 | FA |
| **Asset Notes:**  Tenancy by entireties could be severed - divorce? | | | | | |
| 2  Citizens Financial Bank checking | $100.00 | $0.00 | DA | $0.00 | FA |
| 3  Jordan - Kuwait Bank (...7029) savings 581. JOD | $728.00 | $0.00 | DA | $0.00 | FA |
| 4  household goods and furnishings | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 5  wearing apparel | $500.00 | $0.00 | DA | $0.00 | FA |
| 6  Gold ring and crucifix | $750.00 | $0.00 | DA | $0.00 | FA |
| 7  100% Wireless One 2, 3 Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| 8  100% 2 Way Pager or Cellular, Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  corporation of Indiana in good standing  phone number disconnected and no longer in service | | | | | |
| 9  100% ABC Cellular 16, Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| 10  50% Chicago Heights Wireless, Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| 11  50% B&B Cellular, Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| 12  25% Wirelss One 2, 3 #6, Inc. | $1.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  dba ABC 35  49 W. 79th Street  Chicago, IL 60620 | | | | | |
| 13  Wireless One 2, 3 Inc. | $18,000.00 | $18,000.00 | DA | $0.00 | FA |
| **Asset Notes:**  Wireless 1,2,3 active corporation of Indiana | | | | | |
| 14  12/15/07 Personal Injury claim against Gerald J | $50,000.00 | Unknown | DA | $0.00 | FA |
| 15  2000 Ford Taurus (not driveable) | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 16  2003 Ford Explorer | $4,000.00 | $1,600.00 | DA | $0.00 | FA |
| **Asset Notes:**  Appeal pending | | | | | |
| 17  TAX REFUNDS  (u) | $0.00 | $15,925.00 | DA | $15,925.00 | FA |
| **Asset Notes:**  Tax refund not originally scheduled | | | | | |
| 18  09-00648 David P. Leibowitz, Chapter 7 Trustee v. Aldeir et al | $0.00 | $50,000.00 | DA | $50,000.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $30.92 | FA |

**TOTALS (Excluding unknown value)**                                               **Gross Value of Remaining Assets**

                $422,584.00       $157,525.00               $65,955.92       $0.00

**Major Activities affecting case closing:**

**FORM 1**

Page No: 2

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-01959-CAD | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | ALDEIR, NABEEL D. | | Date Filed (f) or Converted (c): | 01/30/2008 (f) |
| For the Period Ending: | 8/14/2012 | | §341(a) Meeting Date: | 02/26/2008 |
| | | | Claims Bar Date: | 07/31/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

2/27/20008- At the 341 requested all financial records, insurance policies, personal and business related including NNR property managment and Cell phone stores (NT)  DPL talked to Robert Benjamin follwing up on doc request

Complaint to bar discharge failure to comply and no show at cont date

Must analyze documents - 2004 exam - discus with attorney for ex wife.
Litigation pending DPL-

Complaint to revoke discharge pending  Appeal re automobile pending.
Levin contacted Trustee to advise of possible settlement offers in connection with discharge litigation.
-

TFR to be completed second quarter of 2012.
TFR

| | | | |
| --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 05/19/2009 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 06/28/2012 | DAVID LEIBOWITZ | |

**FORM 2**

Page No: 1

Exhibit B

Case 08-01959   Doc 88   Filed 08/14/12   Entered 08/14/12 15:35:28   Desc Main
Document   Page 5 of 14

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 08-01959-CAD | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | ALDEIR, NABEEL D. | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1713 | | | **Money Market Acct #:** | ******1765 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 1/30/2008 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/14/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********1765 | 9999-000 | $5,939.58 | | $5,939.58 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.28 | | $5,939.86 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.35 | | $5,940.21 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.25 | | $5,940.46 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,940.46 | $0.00 |
| | | | **TOTALS:** | | $5,940.46 | $5,940.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,939.58 | $5,940.46 | |
| | | | **Subtotal** | | $0.88 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.88 | $0.00 | |

| **For the period of 1/30/2008 to 8/14/2012** | | **For the entire history of the account between 04/06/2010 to 8/14/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.88 | Total Compensable Receipts: | $0.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.88 | Total Comp/Non Comp Receipts: | $0.88 |
| Total Internal/Transfer Receipts: | $5,939.58 | Total Internal/Transfer Receipts: | $5,939.58 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,940.46 | Total Internal/Transfer Disbursements: | $5,940.46 |

| Case No. | 08-01959-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1713 | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $49,923.81 | | $49,923.81 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.59 | $49,908.22 |
| 07/28/2011 | (18) | FREEBORN & PETERS/Client Funds | settlement payment. | 1241-000 | $2,000.00 | | $51,908.22 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $70.14 | $51,838.08 |
| 08/02/2011 | (18) | FREEBORN & PETERS/ Client funds account | settlement payment. | 1241-000 | $2,000.00 | | $53,838.08 |
| 08/31/2011 | (18) | FREEBORN & PETERS/Client Funds | settlement payment. | 1241-000 | $2,000.00 | | $55,838.08 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $86.67 | $55,751.41 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $92.86 | $55,658.55 |
| 10/03/2011 | 5001 | Noah Thompson | Witness Fee | 8500-000 | | $115.16 | $55,543.39 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $83.91 | $55,459.48 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $86.60 | $55,372.88 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $89.35 | $55,283.53 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.21 | $55,194.32 |
| 02/16/2012 | 5002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.95 | $55,151.37 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $83.31 | $55,068.06 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $91.72 | $54,976.34 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $82.99 | $54,893.35 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $88.58 | $54,804.77 |
| 06/25/2012 | 5003 | FREEBORN & PETERS | Per court order granted on 06/14/2012. | 3210-600 | | $25,000.00 | $29,804.77 |
| 06/25/2012 | 5004 | FREEBORN & PETERS | Per court order granted on 06/14/2012. | 3220-610 | | $4,171.99 | $25,632.78 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $80.84 | $25,551.94 |
| | | | **TOTALS:** | | $55,923.81 | $30,371.87 | $25,551.94 |
| | | | **Less: Bank transfers/CDs** | | $49,923.81 | $0.00 | |
| | | | **Subtotal** | | $6,000.00 | $30,371.87 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.00 | $30,371.87 | |

| **For the period of 1/30/2008 to 8/14/2012** | | **For the entire history of the account between 06/29/2011 to 8/14/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $49,923.81 | Total Internal/Transfer Receipts: | $49,923.81 |
| | | | |
| Total Compensable Disbursements: | $30,371.87 | Total Compensable Disbursements: | $30,371.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,371.87 | Total Comp/Non Comp Disbursements: | $30,371.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1713 | Money Market Acct #: | ******1765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2008 | (17) | United States Treasury | tax refund | 1224-000 | $15,925.00 | | $15,925.00 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.65 | | $15,925.65 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.02 | | $15,927.67 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.02 | | $15,929.69 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.89 | | $15,931.58 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.09 | | $15,933.67 |
| 10/16/2008 | 1001 | Freeborn & Peters, LLP | Retainer of Special Counsel Neal Levin per Court Order entered on 10/09/08 | 3210-600 | | $10,000.00 | $5,933.67 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $1.37 | | $5,935.04 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.46 | | $5,935.50 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.42 | | $5,935.92 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,936.16 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,936.38 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,936.63 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,936.87 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.23 | | $5,937.10 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.35 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.60 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.85 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,938.09 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,938.33 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,938.58 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,938.83 |
| | | | **SUBTOTALS** | | $15,938.83 | $10,000.00 | |

Page No: 4
Case 08-01959  Doc 88  Filed 08/14/12  Entered 08/14/12 15:35:28  Desc Main
Document  Page 8 of 14
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B

| Case No. | 08-01959-CAD | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1713 | | | Money Market Acct #: | ******1765 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 1/30/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.23 | | $5,939.06 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,939.28 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.26 | | $5,939.54 |
| 04/06/2010 | | Wire out to BNYM account ********1765 | Wire out to BNYM account ********1765 | 9999-000 | ($5,939.58) | | ($0.04) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.04 | | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($5,939.58) | $0.00 | |
| | | | **Subtotal** | | $15,939.58 | $10,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $15,939.58 | $10,000.00 | |

**For the period of 1/30/2008 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $15,939.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,939.58 |
| Total Internal/Transfer Receipts: | ($5,939.58) |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/19/2008 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $15,939.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,939.58 |
| Total Internal/Transfer Receipts: | ($5,939.58) |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5
Case 08-01959  Doc 88  Filed 08/14/12  Entered 08/14/12 15:35:28  Desc Main
Document  Page 9 of 14
Exhibit B
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 08-01959-CAD | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | ALDEIR, NABEEL D. | | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | ******1713 | | | **Money Market Acct #:** | ******1959 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA | |
| **For Period Beginning:** | 1/30/2008 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 8/14/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer funds to Sterling bank | 9999-000 | $5,940.46 | | $5,940.46 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $5,940.51 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.25 | | $5,940.76 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.25 | | $5,941.01 |
| 09/30/2010 | (18) | Dima Ayyoub and Nabil Ayyoub | Payment on Settlement 09-648 | 1241-000 | $5,000.00 | | $10,941.01 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.24 | | $10,941.25 |
| 10/19/2010 | (18) | FREEBORN & PETERS | settlement payment. | 1241-000 | $23,000.00 | | $33,941.25 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.79 | | $33,942.04 |
| 11/03/2010 | (18) | FREEBORN & PETERS - CLIENT FUNDS | Payment towards settlement | 1241-000 | $2,000.00 | | $35,942.04 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.47 | | $35,943.51 |
| 12/06/2010 | (18) | FREEBORN & PETERS - CLIENT FUNDS | Preference payment | 1241-000 | $2,000.00 | | $37,943.51 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.59 | | $37,945.10 |
| 01/13/2011 | (18) | FREEBORN & PETERS CLIENT FUNDS | settlement payment. | 1241-000 | $2,000.00 | | $39,945.10 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.65 | | $39,946.75 |
| 02/04/2011 | 3000 | International Sureties, Ltd | Bond Payment | 2300-000 | | $32.11 | $39,914.64 |
| 02/15/2011 | (18) | FREEBORN & PETERS Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $41,914.64 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.56 | | $41,916.20 |
| 03/08/2011 | (18) | FREEBORN & PETERS/ Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $43,916.20 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.84 | | $43,918.04 |
| 04/08/2011 | (18) | FREEBORN & PETERS | settlement payment. | 1241-000 | $2,000.00 | | $45,918.04 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.86 | | $45,919.90 |
| 05/09/2011 | (18) | FREEBORN & PETERS /Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $47,919.90 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.01 | | $47,921.91 |
| 06/02/2011 | (18) | FREEBORN & PETERS/ Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $49,921.91 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $1.90 | | $49,923.81 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $49,923.81 | $0.00 |

**SUBTOTALS** $49,955.92 $49,955.92

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1713 | Money Market Acct #: | ******1959 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $49,955.92 | $49,955.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,940.46 | $49,923.81 | |
| | | | Subtotal | | $44,015.46 | $32.11 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $44,015.46 | $32.11 | |

**For the period of 1/30/2008 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $44,015.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,015.46 |
| Total Internal/Transfer Receipts: | $5,940.46 |
| | |
| Total Compensable Disbursements: | $32.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.11 |
| Total Internal/Transfer Disbursements: | $49,923.81 |

**For the entire history of the account between 06/25/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $44,015.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,015.46 |
| Total Internal/Transfer Receipts: | $5,940.46 |
| | |
| Total Compensable Disbursements: | $32.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.11 |
| Total Internal/Transfer Disbursements: | $49,923.81 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1713 | Money Market Acct #: | ******1959 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | MMA |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $65,955.92 | $40,403.98 | $25,551.94 |

**For the period of 1/30/2008 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,955.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,955.92 |
| Total Internal/Transfer Receipts: | $55,864.27 |
| Total Compensable Disbursements: | $40,403.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,403.98 |
| Total Internal/Transfer Disbursements: | $55,864.27 |

**For the entire history of the case between 01/30/2008 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,955.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,955.92 |
| Total Internal/Transfer Receipts: | $55,864.27 |
| Total Compensable Disbursements: | $40,403.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,403.98 |
| Total Internal/Transfer Disbursements: | $55,864.27 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       08-01959-CAD
Case Name:      NABEEL D. ALDEIR
Trustee Name:   David P. Leibowitz

Balance on hand: $25,551.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $25,551.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $6,547.80 | $0.00 | $6,547.80 |
| David P. Leibowitz, Trustee Expenses | $86.45 | $0.00 | $86.45 |
| Lakelaw, Attorney for Trustee Fees | $10,000.00 | $0.00 | $10,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $365.26 | $0.00 | $365.26 |

Total to be paid for chapter 7 administrative expenses: $16,999.51
Remaining balance: $8,552.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $8,552.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,239.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|

|   | Claimant | | | |
|---|---|---:|---:|---:|
| 7a | Illinois Department of Revenue | $1,148.00 | $0.00 | $1,062.69 |
| 8a | Illinois Department of Revenue | $1,218.00 | $0.00 | $1,127.49 |
| 9a | Illinois Department of Revenue | $6,873.00 | $0.00 | $6,362.25 |

Total to be paid to priority claims: $8,552.43
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,108.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Capital Recovery One/GE Money Bank dba Old Navy | $476.18 | $0.00 | $0.00 |
| 2 | Discover Bank/DFS Services LLC | $3,150.45 | $0.00 | $0.00 |
| 3 | Palos Heights Fire | $575.00 | $0.00 | $0.00 |
| 4 | Credit First NA | $1,774.67 | $0.00 | $0.00 |
| 5 | Akram Zanayed & Associates | $8,156.25 | $0.00 | $0.00 |
| 6 | Grotta, Krydynski & Frigo PC | $9,478.06 | $0.00 | $0.00 |
| 7 | Illinois Department of Revenue | $284.00 | $0.00 | $0.00 |
| 8 | Illinois Department of Revenue | $104.00 | $0.00 | $0.00 |
| 9 | Illinois Department of Revenue | $1,151.00 | $0.00 | $0.00 |
| 10 | LVNV Funding LLC its successors as assignee of Citibank | $5,738.26 | $0.00 | $0.00 |
| 11 | American Express Bank FSB | $6,225.00 | $0.00 | $0.00 |
| 12 | American Express Bank FSB | $2,423.43 | $0.00 | $0.00 |
| 13 | American Express Bank FSB | $4,307.98 | $0.00 | $0.00 |
| 14 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $14,264.48 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |