**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-01959-CAD |
| | § | |
| NABEEL D. ALDEIR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/13/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/14/2012                    By:   /s/ David P. Leibowitz
                                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-01959-CAD |
| | § | |
| NABEEL D. ALDEIR | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                    $65,955.92
*and approved disbursements of*                          $40,403.98
*leaving a balance on hand of[1] :*                      $25,551.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $25,551.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $6,547.80 | $0.00 | $6,547.80 |
| David P. Leibowitz, Trustee Expenses | $86.45 | $0.00 | $86.45 |
| Lakelaw, Attorney for Trustee Fees | $10,000.00 | $0.00 | $10,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $365.26 | $0.00 | $365.26 |

Total to be paid for chapter 7 administrative expenses:     $16,999.51
Remaining balance:     $8,552.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $8,552.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,239.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7a | Illinois Department of Revenue | $1,148.00 | $0.00 | $1,062.69 |
| 8a | Illinois Department of Revenue | $1,218.00 | $0.00 | $1,127.49 |
| 9a | Illinois Department of Revenue | $6,873.00 | $0.00 | $6,362.25 |

Total to be paid to priority claims:     $8,552.43
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,108.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital Recovery One/GE Money Bank dba Old Navy | $476.18 | $0.00 | $0.00 |
| 2 | Discover Bank/DFS Services LLC | $3,150.45 | $0.00 | $0.00 |
| 3 | Palos Heights Fire | $575.00 | $0.00 | $0.00 |
| 4 | Credit First NA | $1,774.67 | $0.00 | $0.00 |
| 5 | Akram Zanayed & Associates | $8,156.25 | $0.00 | $0.00 |
| 6 | Grotta, Krydynski & Frigo PC | $9,478.06 | $0.00 | $0.00 |
| 7 | Illinois Department of Revenue | $284.00 | $0.00 | $0.00 |
| 8 | Illinois Department of Revenue | $104.00 | $0.00 | $0.00 |

UST-Form 101-7-NFR (5/1/2011)

| 9 | Illinois Department of Revenue | $1,151.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| 10 | LVNV Funding LLC its successors as assignee of Citibank | $5,738.26 | $0.00 | $0.00 |
| 11 | American Express Bank FSB | $6,225.00 | $0.00 | $0.00 |
| 12 | American Express Bank FSB | $2,423.43 | $0.00 | $0.00 |
| 13 | American Express Bank FSB | $4,307.98 | $0.00 | $0.00 |
| 14 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $14,264.48 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

Prepared By:   /s/ David P. Leibowitz

Trustee

**UST-Form 101-7-NFR (5/1/2011)**

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act
exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-01959-CAD
Nabeel D. Aldeir                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 4          Date Rcvd: Aug 15, 2012
                              Form ID: pdf006       Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2012.
```
db          +Nabeel D. Aldeir,    8921 Chestnut Drive,    Tinley Park, IL 60487-6187
aty          Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL  60085-4216
12313465    #+AT&T,    PO Box 8100,    Aurora, IL 60507-8100
11910963     Advocate Christ Medical Center,    PO Box 70508,    Chicago, IL 60673-0508
11910964     Advocate MSO Services,    75 Remittance Dr., Suite 6010,    Chicago, IL 60675-6010
11910965    +Advocate South Suburban Hospital,    22091 Network Place,    Chicago, IL 60673-1220
11910966    +Akram Zanayed & Associates,    8550 S. Harlem, Suite G,    Bridgeview, IL 60455-1775
11910968    +Allied Waste,    865 Wheeler,    Crown Point, IN 46307-2751
12313464    +Allied Waste Service #721,    PO Box 9001154,    Louisville, KY 40290-1154
11910969    +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
12340777     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11910970     Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
11910972    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:  Chrysler Financial,    PO Box 2993,    Milwaukee, WI 53201-2993)
12580834    +Capital Recovery One,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12313466    +Check Services,    35008 Emerald Coast Parkway,    4th Floor,    Destin, FL 32541-4754
11910974     Citi Financial,    PO Box 6000,    The Lakes, NV 89163-6000
11910975    +Citizens Automobile Finance, Inc.,    PO Box 42115,    Providence, RI 02940-2115
11910977    +City of Chicago,    Dept. of Revenue,    8212 Innovation Way,    Chicago, IL 60682-0082
12313467    +City of Chicago,    Dept of Bus Affairs and Licensing,    121 N LaSalle  Room 800,
              Chicago, IL 60602-1237
12313468     City of Chicago Dept of Revenue,    False Burglar Alarm Unit,    PO Box 4956,
              Chicago, IL 60680-4956
11910978    +City of Oak Forest,    15440 S. Central AVe.,    Oak Forest, IL 60452-2195
12313470     ComED,    c/o Allied Interstate Inc,    PO Box 369008,    Columbus, OH 43236-9008
11910979     Community Hospital,    PO Box 3602,    Munster, IN 46321-0756
12258561    +Credit First NA,    P O Box 818011,    Cleveland, OH 44181-8011
11910980    +Dalan/Jackson LLC c/o the Daly,    Group LLC, 20 N. Wacker #1500,    Chicago, IL 60606-2903
11910981    +Debit Connections, Inc.,    3570 North Avondale,    Chicago, IL 60618-5357
11910982    +Debra DiMaggio,    161 N. Clark, Suite 4700,    Chicago, IL 60601-3201
11910984    +Eastside Plaza Mgt. LLC,    4343 S. Pulaski,    Chicago, IL 60632-4008
11910985    +Eman Aldeir,    15716 Reynolds St.,    Oak Forest, IL 60452-3146
11910987    +Firestone,    c/o Credit First N.A.,    PO Box 81344,    Cleveland, OH 44188-0001
12313472    +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
              Houston, TX 77081-1108
11910988    +Garfield Plaza, Inc.,    c/o Debi Drake Property Manager,    7820 Graphics Drive, Suite 105,
              Tinley Park, IL 60477-6275
11910989    +Grotta & Associates, PC,    10775 W. 163rd Place,    Orland Park, IL 60467-8861
11910990    +Grotta, Krydynski & Frigo PC,    10775 W. 163rd Place,    Orland Park, IL 60467-8861
12313473    +Hammond Water Works Dept,    6505 Columbia Avenue,    Hammond, IN 46320-2749
11910991    +Hinckley Springs,    4170 Tanner Creek Dr.,    Flowery Branch, GA 30542-2839
12292003    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
              100 West Randolph Street  Level 7-425,    Chicago, Illinois  60601)
12313474     Ice Mountain,    a Division of Nestle Waters NA Inc,    PO Box 856680,    Louisville, KY 40285-6680
11910992     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11910994    +Indiana Department of Revenue,    233 E. 84th Drive,    Merrillville, IN 46410-6394
12313483     JS Paluch Company Inc,    3708 River Road,    Suite 400,    Franklin Park, IL 60131-2158
11910996    +Jeffrey Building Inc.,    10300 S. Cicero,    Oak Lawn, IL 60453-4702
11910997    +Khalif, Abuzir & Mitchell, PC,    10003 S. Roberts Road,    Palos Hills, IL 60465-1533
12313475     Lease Finance Group LLC,    233 N Michigan Ave Suite 1800,    Chicago, IL 60601-5802
11910998     Lease Finance Group LLC,    PO Box 1255,    Sioux Falls, SD 57101-1255
11910999    +Macy's,    PO Box 8118,    Mason, OH 45040-8118
11911000    +Michael Gauthier,    260 River Oaks Dr.,    Calumet City, IL 60409-5815
12313479     National Processing Company,    16604 South 17th Court,    Orland Park, IL 60467
12313480     Nipsco,    PO Box 13007,    Merrillville, IN 46411-3007
11911002    +Oaklawn Radiology Imaging,    37241 Eagle Way,    Chicago, IL 60678-1372
11911001    +Oaklawn Radiology Imaging,    c/o TrustMark Recovery Services,    541 Otis Bowen Dr.,
              Munster, IN 46321-4158
12313481    +Office of the Traffice Compliance,    City of Oak Forest,    15440 S Central Ave,
              Oak Forest, IL 60452-2195
11911003     Old Navy,    PO Box 981064,    El Paso, TX 79998-1064
12313482    +On Guard Inc,    8036 Prairie Court,    Tinley Park, Il 60477-8250
11911004    +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
11911006    +Palos Heights Fire,    Protecting District,    12300 S. Harlem Ave.,    Palos Heights, IL 60463-1425
12313484    +Peoples Gas,    c/o Harris & Harris Ltd,    600 W Jackson Blvd Suite 400,    Chicago, IL 60661-5675
12313485    +Peter Bernal,    PO Box 708,    Oak Forest, IL 60452-0708
11911008    +Radioman Communications,    5646 W. Monee-Manhattan Rd.,    Monee, IL 60449-9611
12313486     Rami F Mansouir,    813 N Ernest St,    Griffith, IN 46319-2025
11911009    +Rami F. Mansour,    1117 W. Elm Place,    Griffith, IN 46319-2687
12580835     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12213549    +Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11911010     Ritchie Realty & Management Co.,    107 S. Michigan Ave.,    Chicago, IL 60603
```

District/off: 0752-1          User: cgreen           Page 2 of 4              Date Rcvd: Aug 15, 2012
                             Form ID: pdf006         Total Noticed: 94


11911011     +Riviera Country Club,   and Sports Center,   8801 W. 143rd Street,   Orland Park, IL 60462-2301
11911012     +Robert Camino,   16656 S. Woodlawn Ct.,   South Holland, IL 60473-3252
11911013      Sam Haddad,   133235 Buffalo Ave.,   Chicago, IL 60633
11911014      Sam's Club,   PO Box 530942,   Atlanta, GA 30353-0942
11911015     +Sixty Seven Stony Island Prop. Mgmt,   c/o Richard B. Michaels,   20 N. Clark Street,
               Chicago, IL 60602-4109
11911016      Sprint,   PO Box 5105,   Carol Stream, IL 60197-5105
11911017     +Sprint,   915 Hager Rd., Suite 200,   Oak Brook, IL 60523-8769
11911018     +Suburban Emergency Physicians,   c/o Diversified Collection Services,
               900 S. Highway Drive, Suite 210,   Fenton, MO 63026-2042
11911019      Trace Ambulance,   c/o CCA,   PO Box 298,   Norwell, MA 02061-0298
11911020     +Trace Ambulance Inc.,   PO Box 264,   Bedford Park, IL 60499-0264
11911022    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 2188,   Oshkosh, WI 54903-2188)
11911024     +US Cellular,   3665 Park Place West, Suite 100,   Mishawaka, IN 46545-3567
11911023     +US Cellular,   12060 Collection Center Drive,   Chicago, IL 60693-0120
12313490     +USA Mobility Wireless Inc,   PO Box 941565,   Plano, TX 75094-1565
12313492     +West Asset Management,   7171 Mercy Road,   Omaha, NE 68106-2620
12313491     +West Asset Management Inc,   PO Box 956842,   Saint Louis, MO 63195-6842
11911025     +Wireless 123,   738 W. Garfield Blvd.,   Chicago, IL 60609-6157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11910971      Fax: 847-227-2151 Aug 16 2012 01:21:20      Christ Medical Center,
               c/o Medical Recovery Specialists,   2250 E. Devon Ave., Ste 352,   Des Plaines, IL 60018-4519
12313469      E-mail/Text: legalcollections@comed.com Aug 16 2012 00:14:15       ComED,
               c/o Harvard Collection Services Inc,   4839 N Eston Ave,   Chicago, IL 60630-2534
12313471     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 16 2012 00:14:39
               Credit Collection Services,   2 Wells Ave Dept 7250,   Newton Center, MA 02459-3208
11910983      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2012 03:04:00      Discover Card,   PO Box 30943,
               Salt Lake City, UT 84130
12233046      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2012 03:04:00
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
12463440     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2012 03:11:33
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11910995      E-mail/Text: cio.bncmail@irs.gov Aug 16 2012 00:06:07       Internal Revenue Service,
               Department of the Treasury,   Cincinnati, OH 45999-0030
12293969      E-mail/Text: resurgentbknotifications@resurgent.com Aug 16 2012 00:09:36
               LVNV Funding LLC its successors as,   assignee of Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12313476      E-mail/Text: bankruptcy@paetec.com Aug 16 2012 08:34:36       McLeod USA,   PO Box 3243,
               Milwaukee, WI 53201-3243
12313477      E-mail/Text: bankruptcy@paetec.com Aug 16 2012 08:34:36       McLeod USA,   PO Box 3177,
               Cedar Rapids, IA 52406-3177
12313478     +E-mail/Text: bterreault@nacmoregon.org Aug 16 2012 00:15:58       NACM Oregon,
               Collection Department,   7931 NE Halsey St #200,   Portland, OR 97213-6755
12313487      E-mail/Text: bankruptcies@libertymutual.com Aug 16 2012 00:34:04       Safeco Insurance,
               PO Box 6478,   Carol Stream, IL 60197-6478
12313493      E-mail/Text: wow_bankruptcy@wideopenwest.com Aug 16 2012 00:15:15      Wow Internet Cable Phone,
               Po Box 5715,   Carol Stream, IL 60197-5715
                                                                             TOTAL: 13


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Wilfred H Chan
11911007      Parkway Bank & Trust Co.,   a/t/u Trust No. 12927 dated 4/21/01
12313489      Standard Bank
12340778*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12340779*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11910973*   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,   PO Box 551080,   Jacksonville, FL 32255)
11910993*     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11911005*    +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
12313488*    +Sprint,   915 Hager Rd,   Suite 200,   Oak Brook, IL 60523-8769
11910967   ##+Alfredo's Lanscaping,   11709 S. Pulaski Road, #101,   Alsip, IL 60803-1605
11910976   ##+Citizens Financial Bank,   PO Box 9129,   Highland, IN 46322-9129
11911021    ##TruGreen,   PO Box 838,   Midlothian, IL 60445-0838
                                                                         TOTALS: 3, * 6, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: cgreen          Page 3 of 4          Date Rcvd: Aug 15, 2012
                             Form ID: pdf006        Total Noticed: 94
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2012**                    **Signature:** _____

District/off: 0752-1          User: cgreen          Page 4 of 4          Date Rcvd: Aug 15, 2012
                             Form ID: pdf006        Total Noticed: 94


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2012 at the address(es) listed below:
          Brian J Jackiw    on behalf of Trustee David Leibowitz ,  bkdocketing@freebornpeters.com
          Carole G. Ruzich    on behalf of Creditor  Citizens Financial Bank carole@griffingallagher.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz    on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Dennise L. McCann    on behalf of Defendant Belal Byrouti mccann@aandalaw.com,
           wheaton@aandalaw.com
          Maurice J Salem    on behalf of Defendant Nabeel Aldeir salemlaw@comcast.net
          Neal H Levin    on behalf of Plaintiff  David P. Leibowitz, Chapter 7 Trustee
           nhlevin@freebornpeters.com,  kpaige@freebornpeters.com,;bkdocketing@freebornpeters.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Plaintiff  FIA Card Services, N.A. richardr@w-legal.com,
           angelan@w-legal.com;adaml@w-legal.com
          Wendy E Morris    on behalf of Plaintiff  David P. Leibowitz, Chapter 7 Trustee
           wmorris@freebornpeters.com,  bkdocketing@freebornpeters.com
                                                                              TOTAL: 10