**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-01959-CAD |
| | § | |
| NABEEL D. ALDEIR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $386,600.00 | Assets Exempt: | $35,984.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,552.43 | Claims Discharged Without Payment: | $221,399.92 |
| Total Expenses of Administration: | $54,288.33 | | |

3) Total gross receipts of $65,955.92 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $115.16 (see **Exhibit 2),** yielded net receipts of $65,840.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $264,646.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $57,288.33 | $54,288.33 | $54,288.33 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $36,000.00 | $9,239.00 | $9,239.00 | $9,239.00 |
| General Unsecured Claims (from **Exhibit 7**) | $190,949.73 | $58,108.76 | $58,108.76 | $2,313.43 |
| **Total Disbursements** | $491,595.73 | $124,636.09 | $121,636.09 | $65,840.76 |

4). This case was originally filed under chapter 7 on 01/30/2008. The case was pending for 59 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012           By:   /s/ David P. Leibowitz
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | $15,925.00 |
| 09-00648 David P. Leibowitz, Chapter 7 Trustee v. Aldeir et al | 1241-000 | $50,000.00 |
| Interest Earned | 1270-000 | $30.92 |
| **TOTAL GROSS RECEIPTS** | | **$65,955.92** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Noah Thompson | Funds to Third Parties | 8500-000 | $115.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$115.16** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Automobile Finance, Inc. | 4110-000 | $4,000.00 | NA | $0.00 | $0.00 |
| | Citizens Financial Bank | 4110-000 | $155,787.00 | NA | $0.00 | $0.00 |
| | Citizens Financial Bank | 4110-000 | $104,859.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$264,646.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $6,547.80 | $6,547.80 | $6,547.80 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $86.45 | $86.45 | $86.45 |
| International Sureties, Ltd | 2300-000 | NA | $75.06 | $75.06 | $75.06 |
| Green Bank | 2600-000 | NA | $1,041.77 | $1,041.77 | $1,041.77 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $10,000.00 | $7,000.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $365.26 | $365.26 | $365.26 |

| | | | | | |
|---|---|---|---|---|---|
| FREEBORN & PETERS, Special Counsel for Trustee | 3210-600 | NA | $35,000.00 | $35,000.00 | $35,000.00 |
| FREEBORN & PETERS, Special Counsel for Trustee | 3220-610 | NA | $4,171.99 | $4,171.99 | $4,171.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $57,288.33 | $54,288.33 | $54,288.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7a | Illinois Department of Revenue | 5800-000 | NA | $1,148.00 | $1,148.00 | $1,148.00 |
| 8a | Illinois Department of Revenue | 5800-000 | NA | $1,218.00 | $1,218.00 | $1,218.00 |
| 9a | Illinois Department of Revenue | 5800-000 | $6,000.00 | $6,873.00 | $6,873.00 | $6,873.00 |
| | Illinois Department of Revenue | 5800-000 | $9,000.00 | NA | NA | $0.00 |
| | Indiana Department of Revenue | 5800-000 | $10,000.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $3,000.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $4,000.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $4,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $36,000.00 | $9,239.00 | $9,239.00 | $9,239.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One/GE Money Bank dba Old Navy | 7100-900 | $409.81 | $476.18 | $476.18 | $18.96 |
| 2 | Discover Bank/DFS Services LLC | 7100-900 | $2,871.15 | $3,150.45 | $3,150.45 | $125.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Palos Heights Fire | 7100-000 | $575.00 | $575.00 | $575.00 | $22.89 |
| 4 | Credit First NA | 7100-000 | NA | $1,774.67 | $1,774.67 | $70.65 |
| 5 | Akram Zanayed & Associates | 7100-000 | $10,000.00 | $8,156.25 | $8,156.25 | $324.72 |
| 6 | Grotta, Krydynski & Frigo PC | 7100-000 | $8,798.54 | $9,478.06 | $9,478.06 | $377.34 |
| 7 | Illinois Department of Revenue | 7100-000 | NA | $284.00 | $284.00 | $11.31 |
| 8 | Illinois Department of Revenue | 7100-000 | NA | $104.00 | $104.00 | $4.14 |
| 9 | Illinois Department of Revenue | 7100-000 | NA | $1,151.00 | $1,151.00 | $45.82 |
| 10 | LVNV Funding LLC its successors as assignee of Citibank | 7100-900 | $5,471.00 | $5,738.26 | $5,738.26 | $228.45 |
| 11 | American Express Bank FSB | 7100-900 | $6,223.75 | $6,225.00 | $6,225.00 | $247.83 |
| 12 | American Express Bank FSB | 7100-900 | $2,423.43 | $2,423.43 | $2,423.43 | $96.48 |
| 13 | American Express Bank FSB | 7100-900 | $4,307.98 | $4,307.98 | $4,307.98 | $171.51 |
| 14 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-900 | $14,264.48 | $14,264.48 | $14,264.48 | $567.90 |
| | Advocate Christ Medical Center | 7100-000 | $1,185.00 | NA | NA | $0.00 |
| | Advocate MSO Services | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Advocate South Suburban Hospital | 7100-000 | $303.00 | NA | NA | $0.00 |
| | Alfredo's Lanscaping | 7100-000 | $800.00 | NA | NA | $0.00 |
| | Allied Waste | 7100-000 | $135.12 | NA | NA | $0.00 |
| | Christ Medical Center | 7100-000 | $4,196.00 | NA | NA | $0.00 |
| | Chrysler Financial | 7100-000 | $22,825.35 | NA | NA | $0.00 |
| | Chrysler Financial | 7100-000 | $9,979.49 | NA | NA | $0.00 |
| | City of Chicago | 7100-000 | $225.00 | NA | NA | $0.00 |
| | City of Chicago | 7100-000 | $225.00 | NA | NA | $0.00 |
| | City of Oak Forest | 7100-000 | $35.00 | NA | NA | $0.00 |

| Creditor | Code | Amount | | | |
|---|---|---|---|---|---|
| Community Hospital | 7100-000 | $1,020.10 | NA | NA | $0.00 |
| Dalan/Jackson LLC c/o the Daly | 7100-000 | $13,000.00 | NA | NA | $0.00 |
| Debit Connections, Inc. | 7100-000 | $3,136.89 | NA | NA | $0.00 |
| Debra DiMaggio | 7100-000 | $3,000.00 | NA | NA | $0.00 |
| Eastside Plaza Mgt. LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Eman Aldeir | 7100-000 | $5,760.00 | NA | NA | $0.00 |
| Firestone | 7100-000 | $1,680.07 | NA | NA | $0.00 |
| Garfield Plaza, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Grotta, Krydynski & Frigo PC | 7100-000 | $679.52 | NA | NA | $0.00 |
| Hinckley Springs | 7100-000 | $135.00 | NA | NA | $0.00 |
| Jeffrey Building Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Khalif, Abuzir & Mitchell, PC | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| Lease Finance Group LLC | 7100-000 | $124.90 | NA | NA | $0.00 |
| Macy's | 7100-000 | $94.22 | NA | NA | $0.00 |
| Michael Gauthier | 7100-000 | $1,550.00 | NA | NA | $0.00 |
| Oaklawn Radiology Imaging | 7100-000 | $480.00 | NA | NA | $0.00 |
| Oaklawn Radiology Imaging | 7100-000 | $32.00 | NA | NA | $0.00 |
| Oaklawn Radiology Imaging | 7100-000 | $36.00 | NA | NA | $0.00 |
| Palos Community Hospital | 7100-000 | $997.20 | NA | NA | $0.00 |
| Palos Community Hospital | 7100-000 | $769.80 | NA | NA | $0.00 |
| Palos Community Hospital | 7100-000 | $984.84 | NA | NA | $0.00 |
| Palos Community Hospital | 7100-000 | $657.00 | NA | NA | $0.00 |
| Parkway Bank & Trust Co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Radioman Communications | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| Rami F. Mansour | 7100-000 | $4,000.00 | NA | NA | $0.00 |
| Ritchie Realty & Management Co. | 7100-000 | $4,000.00 | NA | NA | $0.00 |
| Riviera Country Club | 7100-000 | $232.34 | NA | NA | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Robert Camino | 7100-000 | $4,680.00 | NA | NA | $0.00 |
| Sam's Club | 7100-000 | $828.27 | NA | NA | $0.00 |
| Sixty Seven Stony Island Prop. Mgmt | 7100-000 | $13,131.63 | NA | NA | $0.00 |
| Sprint | 7100-000 | $16,097.99 | NA | NA | $0.00 |
| Sprint | 7100-000 | $0.00 | NA | NA | $0.00 |
| Suburban Emergency Physicians | 7100-000 | $465.00 | NA | NA | $0.00 |
| Trace Ambulance | 7100-000 | $710.00 | NA | NA | $0.00 |
| Trace Ambulance Inc. | 7100-000 | $535.00 | NA | NA | $0.00 |
| TruGreen | 7100-000 | $39.69 | NA | NA | $0.00 |
| US Bank | 7100-000 | $6,279.28 | NA | NA | $0.00 |
| US Cellular | 7100-000 | $3,258.89 | NA | NA | $0.00 |
| US Cellular | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $190,949.73 | $58,108.76 | $58,108.76 | $2,313.43 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Date Filed (f) or Converted (c): | 01/30/2008 (f) |
| For the Period Ending: | 12/17/2012 | §341(a) Meeting Date: | 02/26/2008 |
| | | Claims Bar Date: | 07/30/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family brick 8921 Chestnut Drive, Tinley | $345,000.00 | $70,000.00 | | $0.00 | FA |
| Asset Notes: | Tenancy by entireties could be severed - divorce? | | | | | |
| 2 | Citizens Financial Bank checking | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Jordan - Kuwait Bank (...7029) savings 581. JOD | $728.00 | $0.00 | | $0.00 | FA |
| 4 | household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Gold ring and crucifix | $750.00 | $0.00 | | $0.00 | FA |
| 7 | 100% Wireless One 2, 3 Inc. | $1.00 | $0.00 | | $0.00 | FA |
| 8 | 100% 2 Way Pager or Cellular, Inc. | $1.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | corporation of Indiana in good standing<br>phone number disconnected and no longer in service | | | | | |
| 9 | 100% ABC Cellular 16, Inc. | $1.00 | $0.00 | | $0.00 | FA |
| 10 | 50% Chicago Heights Wireless, Inc. | $1.00 | $0.00 | | $0.00 | FA |
| 11 | 50% B&B Cellular, Inc. | $1.00 | $0.00 | | $0.00 | FA |
| 12 | 25% Wirelss One 2, 3 #6, Inc. | $1.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | dba ABC 35<br>49 W. 79th Street<br>Chicago, IL 60620 | | | | | |
| 13 | Wireless One 2, 3 Inc. | $18,000.00 | $18,000.00 | | $0.00 | FA |
| Asset Notes: | Wireless 1,2,3 active corporation of Indiana | | | | | |
| 14 | 12/15/07 Personal Injury claim against Gerald J | $50,000.00 | Unknown | | $0.00 | FA |
| 15 | 2000 Ford Taurus (not driveable) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 16 | 2003 Ford Explorer | $4,000.00 | $1,600.00 | | $0.00 | FA |
| Asset Notes: | Appeal pending | | | | | |
| 17 | TAX REFUNDS (u) | $0.00 | $15,925.00 | | $15,925.00 | FA |
| Asset Notes: | Tax refund not originally scheduled | | | | | |
| 18 | 09-00648 David P. Leibowitz, Chapter 7 Trustee v. Aldeir et al | $0.00 | $50,000.00 | | $50,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $30.92 | Unknown |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $422,584.00 | $157,525.00 | | $65,955.92 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Date Filed (f) or Converted (c): | 01/30/2008 (f) |
| For the Period Ending: | 12/17/2012 | §341(a) Meeting Date: | 02/26/2008 |
| | | Claims Bar Date: | 07/30/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

2/27/20008- At the 341 requested all financial records, insurance policies, personal and business related including NNR property managment and Cell phone stores (NT)  DPL talked to Robert Benjamin follwing up on doc request

Complaint to bar discharge failure to comply and no show at cont date

Must analyze documents - 2004 exam - discus with attorney for ex wife.
Litigation pending DPL-

Complaint to revoke discharge pending  Appeal re automobile pending.
Levin contacted Trustee to advise of possible settlement offers in connection with discharge litigation.
-

TFR to be completed second quarter of 2012.
TFR
Prepare TDR

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/18/2009 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 06/27/2012 | DAVID LEIBOWITZ | |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-01959-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | ALDEIR, NABEEL D. | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1713 | **Money Market Acct #:** ******1765 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 1/30/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********1765 | 9999-000 | $5,939.58 | | $5,939.58 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.28 | | $5,939.86 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.35 | | $5,940.21 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.25 | | $5,940.46 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,940.46 | $0.00 |
| | | | **TOTALS:** | | $5,940.46 | $5,940.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,939.58 | $5,940.46 | |
| | | | **Subtotal** | | $0.88 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.88 | $0.00 | |

| **For the period of 1/30/2008 to 12/17/2012** | | **For the entire history of the account between 04/06/2010 to 12/17/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.88 | Total Compensable Receipts: | $0.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.88 | Total Comp/Non Comp Receipts: | $0.88 |
| Total Internal/Transfer Receipts: | $5,939.58 | Total Internal/Transfer Receipts: | $5,939.58 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,940.46 | Total Internal/Transfer Disbursements: | $5,940.46 |

| **Case No.** | 08-01959-CAD | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | ALDEIR, NABEEL D. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1713 | | **Checking Acct #:** | ******5901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 1/30/2008 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $49,923.81 | | $49,923.81 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.59 | $49,908.22 |
| 07/28/2011 | (18) | FREEBORN & PETERS/Client Funds | settlement payment. | 1241-000 | $2,000.00 | | $51,908.22 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $70.14 | $51,838.08 |
| 08/02/2011 | (18) | FREEBORN & PETERS/ Client funds account | settlement payment. | 1241-000 | $2,000.00 | | $53,838.08 |
| 08/31/2011 | (18) | FREEBORN & PETERS/Client Funds | settlement payment. | 1241-000 | $2,000.00 | | $55,838.08 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $86.67 | $55,751.41 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $92.86 | $55,658.55 |
| 10/03/2011 | 5001 | Noah Thompson | Witness Fee | 8500-000 | | $115.16 | $55,543.39 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $83.91 | $55,459.48 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $86.60 | $55,372.88 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $89.35 | $55,283.53 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.21 | $55,194.32 |
| 02/16/2012 | 5002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.95 | $55,151.37 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $83.31 | $55,068.06 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $91.72 | $54,976.34 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $82.99 | $54,893.35 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $88.58 | $54,804.77 |
| 06/25/2012 | 5003 | FREEBORN & PETERS | Per court order granted on 06/14/2012. | 3210-600 | | $25,000.00 | $29,804.77 |
| 06/25/2012 | 5004 | FREEBORN & PETERS | Per court order granted on 06/14/2012. | 3220-610 | | $4,171.99 | $25,632.78 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $80.84 | $25,551.94 |
| 09/17/2012 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $6,547.80 | $19,004.14 |
| 09/17/2012 | 5006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $86.45 | $18,917.69 |
| 09/17/2012 | 5007 | Lakelaw | Claim #: ; Amount Claimed: 10,000.00; Amount Allowed: 7,000.00; Distribution Dividend: 100.00; | 3110-000 | | $7,000.00 | $11,917.69 |
| 09/17/2012 | 5008 | Lakelaw | Claim #: ; Amount Claimed: 365.26; Amount Allowed: 365.26; Distribution Dividend: 100.00; | 3120-000 | | $365.26 | $11,552.43 |
| 09/17/2012 | 5009 | Illinois Department of Revenue | Claim #: 7; Amount Claimed: 1,148.00; Amount Allowed: 1,148.00; Distribution Dividend: 100.00; | 5800-000 | | $1,148.00 | $10,404.43 |
| 09/17/2012 | 5010 | Illinois Department of Revenue | Claim #: 8; Amount Claimed: 1,218.00; Amount Allowed: 1,218.00; Distribution Dividend: 100.00; | 5800-000 | | $1,218.00 | $9,186.43 |
| 09/17/2012 | 5011 | Illinois Department of Revenue | Claim #: 9; Amount Claimed: 6,873.00; Amount Allowed: 6,873.00; Distribution Dividend: 100.00; | 5800-000 | | $6,873.00 | $2,313.43 |

**SUBTOTALS**   $55,923.81   $53,610.38

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1713 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2012 | 5012 | Palos Heights Fire | Claim #: 3; Amount Claimed: 575.00; Amount Allowed: 575.00; Distribution Dividend: 3.98; | 7100-000 | | $22.89 | $2,290.54 |
| 09/17/2012 | 5013 | Credit First NA | Claim #: 4; Amount Claimed: 1,774.67; Amount Allowed: 1,774.67; Distribution Dividend: 3.98; | 7100-000 | | $70.65 | $2,219.89 |
| 09/17/2012 | 5014 | Akram Zanayed & Associates | Claim #: 5; Amount Claimed: 8,156.25; Amount Allowed: 8,156.25; Distribution Dividend: 3.98; | 7100-000 | | $324.72 | $1,895.17 |
| 09/17/2012 | 5015 | Grotta, Krydynski & Frigo PC | Claim #: 6; Amount Claimed: 9,478.06; Amount Allowed: 9,478.06; Distribution Dividend: 3.98; | 7100-000 | | $377.34 | $1,517.83 |
| 09/17/2012 | 5016 | Illinois Department of Revenue | Claim #: 7; Amount Claimed: 284.00; Amount Allowed: 284.00; Distribution Dividend: 3.98; | 7100-000 | | $11.31 | $1,506.52 |
| 09/17/2012 | 5017 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.14 | $1,502.38 |
| | | | Claim Amount                $(4.14) | 7100-000 | | | $1,502.38 |
| 09/17/2012 | 5018 | Illinois Department of Revenue | Claim #: 9; Amount Claimed: 1,151.00; Amount Allowed: 1,151.00; Distribution Dividend: 3.98; | 7100-000 | | $45.82 | $1,456.56 |
| 09/17/2012 | 5019 | LVNV Funding LLC its successors as assignee of | Claim #: 10; Amount Claimed: 5,738.26; Amount Allowed: 5,738.26; Distribution Dividend: 3.98; | 7100-900 | | $228.45 | $1,228.11 |
| 09/17/2012 | 5020 | American Express Bank FSB | Claim #: 11; Amount Claimed: 6,225.00; Amount Allowed: 6,225.00; Distribution Dividend: 3.98; | 7100-900 | | $247.83 | $980.28 |
| 09/17/2012 | 5021 | American Express Bank FSB | Claim #: 12; Amount Claimed: 2,423.43; Amount Allowed: 2,423.43; Distribution Dividend: 3.98; | 7100-900 | | $96.48 | $883.80 |
| 09/17/2012 | 5022 | American Express Bank FSB | Claim #: 13; Amount Claimed: 4,307.98; Amount Allowed: 4,307.98; Distribution Dividend: 3.98; | 7100-900 | | $171.51 | $712.29 |
| 09/17/2012 | 5023 | FIA CARD SERVICES, N.A./BANK OF | Claim #: 14; Amount Claimed: 14,264.48; Amount Allowed: 14,264.48; Distribution Dividend: 3.98; | 7100-900 | | $567.90 | $144.39 |
| 09/17/2012 | 5024 | Capital Recovery One/GE Money Bank dba Old | Claim #: 1; Amount Claimed: 476.18; Amount Allowed: 476.18; Distribution Dividend: 3.98; | 7100-900 | | $18.96 | $125.43 |
| 09/17/2012 | 5025 | Discover Bank/DFS Services LLC | Claim #: 2; Amount Claimed: 3,150.45; Amount Allowed: 3,150.45; Distribution Dividend: 3.98; | 7100-900 | | $125.43 | $0.00 |

**SUBTOTALS**  $0.00   $2,313.43

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1713 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $55,923.81 | $55,923.81 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $49,923.81 | $0.00 | |
|  |  |  | **Subtotal** |  | $6,000.00 | $55,923.81 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $6,000.00 | $55,923.81 | |

**For the period of 1/30/2008 to 12/17/2012**

| Total Compensable Receipts: | $6,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $49,923.81 |
| | |
| Total Compensable Disbursements: | $55,923.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,923.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 12/17/2012**

| Total Compensable Receipts: | $6,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $49,923.81 |
| | |
| Total Compensable Disbursements: | $55,923.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,923.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5
Case 08-01959    Doc 99    Filed 12/18/12    Entered 12/18/12 12:19:34    Desc Main
Document      Page 14 of 18
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1713 | Money Market Acct #: | ******1765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/19/2008 | (17) | United States Treasury | tax refund | 1224-000 | $15,925.00 | | $15,925.00 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.65 | | $15,925.65 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.02 | | $15,927.67 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.02 | | $15,929.69 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.89 | | $15,931.58 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.09 | | $15,933.67 |
| 10/16/2008 | 1001 | Freeborn & Peters, LLP | Retainer of Special Counsel Neal Levin per Court Order entered on 10/09/08 | 3210-600 | | $10,000.00 | $5,933.67 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $1.37 | | $5,935.04 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.46 | | $5,935.50 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.42 | | $5,935.92 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,936.16 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,936.38 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,936.63 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,936.87 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.23 | | $5,937.10 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.35 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.60 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,937.85 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,938.09 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 | | $5,938.33 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,938.58 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.25 | | $5,938.83 |
| | | | **SUBTOTALS** | | $15,938.83 | $10,000.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 08-01959-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** ALDEIR, NABEEL D. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** ******1713 | **Money Market Acct #:** | ******1765 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 1/30/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 12/17/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.23 | | $5,939.06 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,939.28 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.26 | | $5,939.54 |
| 04/06/2010 | | Wire out to BNYM account ********1765 | Wire out to BNYM account ********1765 | 9999-000 | ($5,939.58) | | ($0.04) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.04 | | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($5,939.58) | $0.00 | |
| | | | **Subtotal** | | $15,939.58 | $10,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $15,939.58 | $10,000.00 | |

| For the period of 1/30/2008 to 12/17/2012 | | For the entire history of the account between 05/19/2008 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,939.58 | Total Compensable Receipts: | $15,939.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,939.58 | Total Comp/Non Comp Receipts: | $15,939.58 |
| Total Internal/Transfer Receipts: | ($5,939.58) | Total Internal/Transfer Receipts: | ($5,939.58) |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 7
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 08-01959    Doc 99    Filed 12/18/12    Entered 12/18/12 12:19:34    Desc Main
                         Document      Page 16 of 18

| Case No. | 08-01959-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1713 | | Money Market Acct #: | ******1959 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 1/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer funds to Sterling bank | 9999-000 | $5,940.46 | | $5,940.46 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $5,940.51 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.25 | | $5,940.76 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.25 | | $5,941.01 |
| 09/30/2010 | (18) | Dima Ayyoub and Nabil Ayyoub | Payment on Settlement 09-648 | 1241-000 | $5,000.00 | | $10,941.01 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.24 | | $10,941.25 |
| 10/19/2010 | (18) | FREEBORN & PETERS | settlement payment. | 1241-000 | $23,000.00 | | $33,941.25 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.79 | | $33,942.04 |
| 11/03/2010 | (18) | FREEBORN & PETERS - CLIENT FUNDS | Payment towards settlement | 1241-000 | $2,000.00 | | $35,942.04 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.47 | | $35,943.51 |
| 12/06/2010 | (18) | FREEBORN & PETERS - CLIENT FUNDS | Preference payment | 1241-000 | $2,000.00 | | $37,943.51 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.59 | | $37,945.10 |
| 01/13/2011 | (18) | FREEBORN & PETERS CLIENT FUNDS | settlement payment. | 1241-000 | $2,000.00 | | $39,945.10 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.65 | | $39,946.75 |
| 02/04/2011 | 3000 | International Sureties, Ltd | Bond Payment | 2300-000 | | $32.11 | $39,914.64 |
| 02/15/2011 | (18) | FREEBORN & PETERS Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $41,914.64 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.56 | | $41,916.20 |
| 03/08/2011 | (18) | FREEBORN & PETERS/ Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $43,916.20 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.84 | | $43,918.04 |
| 04/08/2011 | (18) | FREEBORN & PETERS | settlement payment. | 1241-000 | $2,000.00 | | $45,918.04 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.86 | | $45,919.90 |
| 05/09/2011 | (18) | FREEBORN & PETERS /Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $47,919.90 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.01 | | $47,921.91 |
| 06/02/2011 | (18) | FREEBORN & PETERS/ Client Funds Account | settlement payment. | 1241-000 | $2,000.00 | | $49,921.91 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $1.90 | | $49,923.81 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $49,923.81 | $0.00 |
| | | | | **SUBTOTALS** | $49,955.92 | $49,955.92 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-01959-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1713 | | Money Market Acct #: | ******1959 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 1/30/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $49,955.92 | $49,955.92 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,940.46 | $49,923.81 | |
| | | | **Subtotal** | | $44,015.46 | $32.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $44,015.46 | $32.11 | |

**For the period of 1/30/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $44,015.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,015.46 |
| Total Internal/Transfer Receipts: | $5,940.46 |
| | |
| Total Compensable Disbursements: | $32.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.11 |
| Total Internal/Transfer Disbursements: | $49,923.81 |

**For the entire history of the account between 06/25/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $44,015.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,015.46 |
| Total Internal/Transfer Receipts: | $5,940.46 |
| | |
| Total Compensable Disbursements: | $32.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.11 |
| Total Internal/Transfer Disbursements: | $49,923.81 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-01959-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALDEIR, NABEEL D. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1713 | Money Market Acct #: | ******1959 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 1/30/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $65,955.92 | $65,955.92 | $0.00 |

**For the period of 1/30/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,955.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,955.92 |
| Total Internal/Transfer Receipts: | $55,864.27 |
| Total Compensable Disbursements: | $65,955.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,955.92 |
| Total Internal/Transfer Disbursements: | $55,864.27 |

**For the entire history of the case between 01/30/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,955.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,955.92 |
| Total Internal/Transfer Receipts: | $55,864.27 |
| Total Compensable Disbursements: | $65,955.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,955.92 |
| Total Internal/Transfer Disbursements: | $55,864.27 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ